UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

    -against-

CLERK V. NORIEGA,

               Defendants.

24 CIVIL 8085 (LTS)

CIVIL JUDGMENT

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 8, 2024
         New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                          Chief United States District Judge